

# ROYAL
## HOSPITALITY SERVICES, LLC.

**Employee Full Name:** MANUEL CONGE JUSAYAN

Area Manager: Artur Grigoryan
Telephone: 1-812-589-4615
Email: agrigoryan@rhsusa.com
Area Manager Marat Haroyan
Telephone: 1-812-604-8025
Email: mharoyan@rhsusa.com

Host Site: Biloxi MS

Beau Rivage Casino
875 Beach Blvd,
Biloxi, MS 39530

Available positions:
Housekeeping
1. *Training Wage p/ hour: $8.00 p/hour, Over Time $12.00 p/hour*
2. *Regular Wage p/per room: $4.75 per credit (minimum 14 up to 18 rooms per day 4 to 6 days a week).*
3. *Swing shift G.R.A p/hour: $9.00 p/hour, Over Time $13.50 p/ hour*
4. *General Cleaner p/hour: $8.00 p/ hour, Over Time $12.00 p/ hour*
5. *Pool attendant p/hour: $8.00, Over time $12.00 p/hour*
6. *PAD General Cleaner p/hour: $8.00 p/ hour, Over Time $12.00 p/ hour*

   *Lunch at work provided at no cost*

Carry linens, towels, toilet items, and cleaning supplies, using wheeled carts.
Clean rooms, hallways, lobbies, lounges, restrooms, corridors, elevators, stairways, locker rooms, and other work areas so that health standards are met.
Empty wastebaskets, empty and clean ashtrays, and transport other trash and waste to disposal areas.
Replenish supplies, such as drinking glasses, linens, writing supplies, and bathroom items.
Keep storage areas and carts well-stocked, clean, and tidy.
Dust and polish furniture and equipment.
Sweep, scrub, wax, or polish floors, using brooms, mops, or powered scrubbing and waxing machines.
Clean rugs, carpets, upholstered furniture, and draperies, using vacuum cleaners and shampooers.
Wash windows, walls, ceilings, and woodwork, waxing and polishing as necessary.
Clean guest rooms to hotel standards. Job duties include requires use of chemicals.

The participant may wait up to 7 business days to begin work.

Dates of Employment: Start: 07/21/2010          End: 12/10/2010

Frequency of Pay: First paycheck may take from 2 and up to 4 weeks depending time of arrival, every two weeks thereafter, distributed on Wednesday.

237 N. Peters Street 4th Floor, New Orleans, LA 70130; Ph. 504.324.6741, Fax. 504.324.6918

**EXHIBIT**
**"55"**
tabbies

**Weapons and Firearms**
Under no circumstances, guns, knives, or any other bodily threatening weapons are allowed within the apartment complex. Individuals found harboring weapons will be immediately evicted.

**Violation of Law**
Violation of any Metro, State, or Federal laws will be tolerated and could result in immediate eviction.

**Assignment**
Participant/Tenant shall not assign sublet, mortgage or use as collateral for a loan or otherwise convey any interest or right in this Agreement or the less premises.

**Right to Entry**
Royal Hospitality Manager or supervisor, Apartment complex Owner or representatives shall have a right to enter Leased Premises by Royal Hospitality Services for all lawful purposes, and to whatever extent necessary or appropriate, to enable them to exercise their rights under this lease.

**Pet Provisions**
No pets are allowed on property or in apartment with any exception.

I have read carefully and understood the above policies and guidelines. If I should have any questions, I will address them to my US sponsor and Royal Hospitality Services prior to my arrival in the United States.

Employer Marat Harovan

Signature                                                                Date 07/22/2010

Participant Full Name: MANUEL CONGE JUSAYAN

Signature                                                                Date 07/22/2010



# RO AL
## HOSPITALITY SERVICES, LLC.

## Conditions of Housing and Employment

**Please read carefully.**

## A. Housing Terms and Conditions

**Employment**
Participant/Tenant must be employed by Royal Hospitality Services to live at apartments rented by Royal Hospitality Services. If the participant is not employed, voluntary or involuntary, he/she will be required to vacate this housing within 48 hours of separation of employment except for immediate eviction issues.

**Unit Contents**
Participant/ Tenant must be responsible for the contents of the unit including furniture, fixtures, appliances, linens etc. The participant will be charged for any items found missing or damaged.

**Alternations**
Participant/Tenant agrees not to make any alterations, improvements, or additions to or upon the leased premises without first obtaining prior written approval.

**Cleaning Charge**
A cleaning charge will be assessed to each participant /tenant upon vacating the housing site if the unit is not left in a clean and readily rentable condition.

**Housing Complex Supervisor**
Should the participant/tenant have a maintenance problem with the unit, he/she should contact the housing complex supervisor.

**Fire Extinguisher/ Alarms**
Tampering with the fire extinguisher or smock detectors is considered a felony and will result in an immediate eviction from the unit.

**Guests**
No overnight visitors are allowed. Guests found sleeping overnight will result in the loss of housing privileges of the participant/tenant.

**Insurance**
The housing complex is not liable for the loss or damage to any of your personal belongings. The participant/tenant may obtain insurance for the personal belongings at his/her own expense.

**Fighting**
Any participant/tenant found physically fighting or instigating will result in immediate eviction.

**Noise**
Excessive noise will not be tolerated. Stereo, radios, etc. should always be kept at a low volume so as not to disturb other residents. Repeated infractions will result in the loss off housing privileges for the participant/tenant.

**Illegal Drugs**
Possession of illegal drugs, controlled substance, or drug paraphernalia will result in immediate eviction.

**Vandalism**
Anyone discovered in covert or blatant acts of vandalism will be immediate evicted and subject of prosecution.



Exhibit 3
Witness Jussyan
Date 6.19.13
Reporter CRI-AL
Gulf Reporting Service

Is Housing Available: YES

lease Required: Participant must sign a minimum 2 months lease and is required to pay rent for duration.

Housing Deposit: $0.00

Housing Rent: $350.00 per month, 2-4 participants per bedroom, shared bathroom with other participants, from 4 up to 6 participants. This includes a participant signed short term lease. Basic furniture: bed, table, chairs, sofa and utilities. No linens or kitchen utensils provided.

Walking Distance: 15-20 minutes

Policy & Requirements: Participant must read, agree, and sign the "Conditions of Housing and Employment" and submit the form to the US sponsor and Royal Hospitality Services prior to arrival. Participant must pay housing deposit ($0.00) and first month rent ($350.00) the day he/she arrives and must bring enough money to cover the expenses prior to the first paycheck, period that can range between 2-4 weeks. Second and last month rent will be deducted from the participant's paycheck. Rent payment is due the first day of the month. If the participant does not have full $350.00 for housing at arrival, he/she is responsible to stay in a hotel until full payment can be made, and cannot start working until this is done.

Arrival Instructions: Participant should fly to Gulfport MS then call to manager/supervisor for pick up. Participants may fly to New Orleans then take the Greyhound bus to Biloxi MS. He/she must call the supervisor prior to boarding the bus to arrange the pick-up. The participant may wait up to one hour for the supervisor to pick him/her up. Complete arrival information must be sent with minimum 7 business days in advance to agrigoryan@rhsusa.com or mharoyan@rhsusa.com

Employer Full Name MARAT HAROYAN

Signature _____          Date: 07/22/2010

Employee Full Name MANUEL CONGE JUSAYAN

Signature _____          Date: 07/22/2010