# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RICARDO JABAGAT**                                                      **PLAINTIFF**

**v.**                                                            **Civil No.: 1:14cv89-HSO-RHW**

**ROYAL HOSPITALITY SERVICES, LLC**                    **DEFENDANT**

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff's Motion for Default Judgment [338],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Ricardo Jabagat against Defendant Royal Hospitality Services, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Ricardo Jabagat shall recover from Defendant Royal Hospitality Services, LLC, judgment in the amount of $70,916.43, plus costs and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED,** this the 19th day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE